IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KAWAUNE GREGORY PEARSON,

    Plaintiff,                        No. 2:12-cv-1751 KJN P

    vs.

DR. S. GOLUBYATNIKOV,

    Defendants.                     <u>ORDER</u>

_____/

        On January 2, 2013, plaintiff filed a motion to quash or modify subpoena which is duplicative of the motion to quash filed by plaintiff on November 20, 2012.  In addition, the recent motion was written by plaintiff one day before the court issued its December 18, 2012 order addressing the November 20, 2012 motion to quash.  For all of these reasons, IT IS HEREBY ORDERED that plaintiff's January 2, 2013 motion to quash (dkt. no. 27) is denied.

DATED: January 9, 2013

                                              KENDALL J. NEWMAN
                                              UNITED STATES MAGISTRATE JUDGE

pear1751.mtq