IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KAWAUNE GREGORY PEARSON,

     Plaintiff,                    No. 2:12-cv-1751 MCE KJN P

     vs.

DR. S. GOLUBYATNIKOV,

     Defendant.               <u>ORDER</u>

          Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

          On December 18, 2012, the Magistrate Judge filed findings and recommendations herein (ECF No. 26) which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Neither party has filed objections to the findings and recommendations.

          The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

////

1. The findings and recommendations filed December 18, 2012 (ECF No. 26) are ADOPTED IN FULL.

2. Defendant's November 6, 2012, motion to dismiss (ECF No. 17) is GRANTED;

3. Plaintiff's state law claim is DISMISSED without prejudice;

4. Plaintiff's claims for injunctive relief are DISMISSED without prejudice; and

5. Defendant shall file an answer to plaintiff's Eighth Amendment claim within seven days from the date of this Order.

DATED:   January 29, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE