IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KAWAUNE GREGORY PEARSON,

      Plaintiff,         No.  2:12-cv-01751 MCE KJN P

   vs.         <u>ORDER</u>

DR. S. GOLUBYATNIKOV,

      Defendants.

_____/

      Plaintiff is a state prisoner proceeding without counsel.  On February 5, 2013, plaintiff filed a document styled, "Notice of Summary & Current Status."  (ECF No. 33.)  Plaintiff states, *inter alia*, that he was hospitalized from December 18, 2012, to December 24, 2012, and did not receive the December 18, 2012 findings and recommendations.

      The findings and recommendations were mailed on December 18, 2012, while plaintiff was hospitalized.  On January 8, 2013, plaintiff filed a reply to defendants' reply to the motion to dismiss, which supports plaintiff's position that he did not receive the findings and recommendations.

      On February 11, 2013, plaintiff filed a document in which he seeks to "reopen or reinstate" his case.  (ECF No. 35.)  The Court construes this filing as a motion for reconsideration of the court's January 30, 2013 Order.  As set forth above, in light of plaintiff's

1

claim that he was hospitalized at the time the findings and recommendations were issued, and did not receive a copy of them upon his release, plaintiff's motion is granted. The January 30, 2013 order is vacated, and plaintiff is granted twenty-one days from the date of this order in which to file objections.

Plaintiff has subsequently filed multiple documents regarding the findings and recommendations, some of which include exhibits. (See ECF Nos. 33, 34, 35, & 37.) Plaintiff is advised that he must file one set of objections, clearly identified as objections to the December 18, 2012 findings and recommendations, including all of his arguments, without reference to these subsequent filings. If plaintiff can adequately identify an exhibit previously submitted to the Court, he may reference it by identifying the document and its court docket number, or he may re-attach the exhibit to his objections.

On February 12, 2013, plaintiff filed a motion to extend or postpone the jury trial in this action. (ECF No. 36.) However, no jury trial has yet been set. Plaintiff's motion is denied.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for reconsideration (ECF No. 35) is GRANTED;

2. The January 30, 2013 Order (ECF No. 30) is vacated;

3. The Clerk of the Court is directed to send plaintiff a copy of the December 18, 2012 findings and recommendations (ECF No. 26), and a copy of the court docket;

4. Plaintiff is granted twenty-one days from the date of this Order in which to file objections to the December 18, 2012 findings and recommendations; and

5. Plaintiff's motion for extension of time (ECF No. 36) is DENIED.

DATED:   February 25, 2013

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE