# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAWAUNE GREGORY PEARSON,<br><br>Plaintiff,<br><br>v.<br><br>S. GOLUBYATNIKOU, et al.,<br><br>Defendants. | No. 2:12-cv-01751-MCE-KJN<br><br><br><br>**ORDER** |

Plaintiff, a state prisoner proceeding pro se, filed this civil rights action.  On December 18, 2012, Magistrate Judge Kendall J. Newman made Findings and Recommendations (ECF No. 26).  On January 30, 2013, the Court adopted Magistrate Judge Newman's Findings and Recommendations (ECF No. 15) in full.  In this Motion to Reconsider (ECF No. 36), Plaintiff asks this Court to reconsider its own ruling without providing the Court any legal or factual reason to do so.

The Court AFFIRMS its own decision and DENIES Plaintiff's Motion to Reconsider (ECF No. 36).  Plaintiff's Eighth Amendment case is still pending.

IT IS SO ORDERED.

Dated:   March 1, 2013

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT JUDGE

1