IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KAWAUNE GREGORY PEARSON,

    Plaintiff,                      No.  2: 12-cv-1751 MCE KJN P

    vs.

DR. S. GOLUBYATNIKOV, et al.,

    Defendants.                 ORDER

_____/

        Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983.  The only defendant is S. Golubyatnikov.

        On March 4, 2013, plaintiff filed a document titled "Motion for Summary Update."  In this document, plaintiff requests that the court "verify" the status of this action.  Plaintiff concludes this document by stating, "Plaintiff will no longer litigate his above at this time."  Defendant construed plaintiff's March 4, 2013 pleading to include a request for voluntary dismissal.  On March 8, 2013, defendant filed a statement of non-opposition to plaintiff's request for voluntary dismissal of this action.

        It is not entirely clear to the court that plaintiff intended to request a voluntary dismissal of this action.

////

1

1  Accordingly, IT IS HEREBY ORDERED that within fourteen days of the date of
2  this order, plaintiff shall file a short statement clarifying whether he is requesting that this action
3  be voluntarily dismissed.
4  DATED:  March 13, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

pea1751.vol