IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KAWAUNE GREGORY PEARSON,

    Plaintiff,    No.  2: 12-cv-1751 MCE KJN P

  vs.

DR. S. GOLUBYATNIKOV, et al.,

    Defendants.    ORDER

_____/

      Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983.  On March 4, 2013, plaintiff filed a document stating that he "will no longer litigate his above at this time."  Defendants construed this statement as a request for voluntary dismissal.  On March 8, 2013, defendants filed a statement of non-opposition to this request.

      On March 14, 2013, the court ordered plaintiff to clarify whether he was requesting that this action be voluntarily dismissed.  On March 14, 2013, plaintiff filed a pleading stating that he did not intend to request a voluntary dismissal of this action.

////

////

////

1

Accordingly, IT IS HEREBY ORDERED that plaintiff's March 4, 2013 pleading does not contain a request for voluntary dismissal of this action.

DATED: March 20, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

pea1751.dis