IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KAWAUNE GREGORY PEARSON,

    Plaintiff,                    No.  2:12-cv-01751-MCE-KJN P

    v.

DR. S. GOLUBYATNIKOV,

    Defendant.                <u>ORDER</u>

_____/

    Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On December 18, 2012, the Magistrate Judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  (ECF No. 26.)  The Court adopted those findings and recommendations on January 30, 2013.  (ECF No. 30.)  However, the Court then received notice from Plaintiff that Plaintiff had been hospitalized and unable to object to the findings and recommendations, and on February 26, 2013, the Court granted Plaintiff's motion for reconsideration of its order adopting the findings and recommendations, and vacated the January 30, 2013, order.  (ECF No. 38.)  Plaintiff was granted

1

1 twenty-one days to file objections to the findings and recommendations.  (ECF No. 38.)  On
2 March 18, Plaintiff filed objections to the findings and recommendations.  (ECF No. 46.)
3     In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this
4 Court has conducted a <u>de</u> <u>novo</u> review of this case.  Having carefully reviewed the entire file, the
5 Court finds the findings and recommendations to be supported by the record and by proper
6 analysis.
7     Accordingly, IT IS HEREBY ORDERED that:
8     1.    The Findings and Recommendations (ECF No. 26)  filed December 18,
9     2012, are ADOPTED IN FULL;
10     2.     Defendants' Motion to Dismiss (ECF No. 17) is GRANTED;
11     3.    Plaintiff's state law claim is DISMISSED WITHOUT PREJUDICE;
12     4.    Plaintiff's claims for injunctive relief are DISMISSED WITHOUT
13     PREJUDICE; and
14     5.    Defendant is directed to answer Plaintiff's Eighth Amendment claim
15     within seven days from the date of this order.
16
17 Date:  April 25, 2013
18
19 _____
    MORRISON C. ENGLAND, JR., CHIEF JUDGE
20     UNITED STATES DISTRICT COURT
21
22
23
24
25
26