1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   KAWAUNE GREGORY PEARSON,

11          Plaintiff,                    No.  2:12-cv-01751-MCE-KJN P

12          v.

13   DR. S. GOLUBYATNIKOV,

14          Defendant.                    <u>ORDER</u>

15   _____/

16          Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief

17   under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant

18   to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

19          On December 18, 2012, the Magistrate Judge filed findings and recommendations herein

20   which were served on all parties and which contained notice to all parties that any objections to

21   the findings and recommendations were to be filed within fourteen days.  (ECF No. 26.)  The

22   Court adopted those findings and recommendations on January 30, 2013.  (ECF No. 30.)

23   However, the Court then received notice from Plaintiff that Plaintiff had been hospitalized and

24   unable to object to the findings and recommendations, and on February 26, 2013, the Court

25   granted Plaintiff's motion for reconsideration of its order adopting the findings and

26   recommendations, and vacated the January 30, 2013, order.  (ECF No. 38.)  Plaintiff was granted

twenty-one days to file objections to the findings and recommendations.  (ECF No. 38.)  On March 18, Plaintiff filed objections to the findings and recommendations.  (ECF No. 46.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.    The Findings and Recommendations (ECF No. 26)  filed December 18, 2012, are ADOPTED IN FULL;

2.     Defendants' Motion to Dismiss (ECF No. 17) is GRANTED;

3.    Plaintiff's state law claim is DISMISSED WITHOUT PREJUDICE;

4.    Plaintiff's claims for injunctive relief are DISMISSED WITHOUT PREJUDICE; and

5.    Defendant is directed to answer Plaintiff's Eighth Amendment claim within seven days from the date of this order.

Date: April 25, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

2