UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAWAUNE GREGORY PEARSON,<br><br>Plaintiff,<br><br>v.<br><br>DR. GOLUBYATNIKOV,<br><br>Defendant. | No. 2: 12-cv-1751 MCE KJN P<br><br><br><br>ORDER |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. On August 6, 2013, plaintiff filed a motion requesting that he be brought to court to appear in person due to "several complications and issues." (ECF No. 65.) There is no need for plaintiff to personally appear in court at this time.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion to appear in person (ECF No. 65) is denied.

Dated: August 9, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

pea1751.ord(2)

1