UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAWAUNE GREGORY PEARSON, | No. 2: 12-cv-1751 MCE KJN P |
| Plaintiff, | |
| v. | ORDER |
| DR. GOLUBYATNIKOV, | |
| Defendant. | |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. On August 30, 2013, plaintiff filed a motion for a personal appearance. On September 5, 2013, plaintiff filed another motion for a personal appearance. On September 5, 2013, plaintiff filed a motion to postpone his August 23, 2013 hearing date.

As the court previously informed plaintiff when addressing his prior motion requesting that he be brought to court to appear in person, there is no need for plaintiff to personally appear in court at this time. Accordingly, plaintiff's pending motions requesting personal appearances are denied.

Pursuant to the May 13, 2013 scheduling order, the discovery cut-off date was August 23, 2013. In the final pending motion, plaintiff appears to request that this date be extended by fourteen days because he requires more time to obtain records and documents from the law library.

1

The May 13, 2013 scheduling order provided that all requests for discovery were to be served not later than sixty days prior to August 23, 2013.  Based on this order, plaintiff's request for a fourteen day extension of time is not clear.  It is not clear if plaintiff is seeking an extension of time to serve defendants with initial discovery requests or to file a motion to compel. Accordingly, plaintiff's motion for an extension of time to extend the discovery cut-off date by fourteen days is denied without prejudice because the grounds of the request are not clear.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motions for personal appearances (ECF Nos. 68 and 69) are denied;

2. Plaintiff's motion for an extension of time (ECF No. 70) is denied without prejudice.

Dated:  September 17, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

pea1751.ord(2)