UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAWAUNE GREGORY PEARSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DR. GOLUBYATNIKOV,<br><br>　　　　　Defendant. | No.  2:12-cv-1751 MCE KJN P<br><br><br><br>ORDER |

　　　　Defendant has filed a motion to extend the dispositive motion cut-off date from December 6, 2013, to January 20, 2014.  January 20, 2014 is a federal holiday.

　　　　Good cause appearing, IT IS HEREBY ORDERED that:

　　　　1.   Defendant's motion to modify the scheduling order (ECF No. 75) is granted;

　　　　2.   The dispositive motion cut-off date is reset to January 21, 2014.

Dated:  December 12, 2013

pea1751.mod

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1