# UNITED STATES DISTRICT COURT

Eastern  **District of**  California

KAWAUNE GREGORY PEARSON
Plaintiff (s),

V.

DR. S. GOLUBYATNIKOV
Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

**CASE NUMBER:** 2:12-cv-1751 KJN P

Notice is hereby given that, subject to approval by the court, __Defendant GOLUBYATNIKOV__ substitutes
(Party (s) Name)

__LaKeysia R. Beene__, State Bar No. __265078__ as counsel of record in place
(Name of New Attorney)

place of __Deputy Attorney General Joanna Hood__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: WILLIAMS & ASSOCIATES
Address: 1250 Sutterville Road, Suite 290
Telephone: (916) 456-1122       Facsimile (916) 737-1126
E-Mail (Optional): LBeene@williamslegal.net

I consent to the above substitution.

Date: 1/17/14                           /s/ S. Golubyatnikov (original signature retained)
                                                                   (Signature of Party (s))

I consent to being substituted.

Date: 1/17/14                           /s/ Joanna Hood (original signature retained)
                                                                (Signature of Former Attorney (s))

I consent to the above substitution.

Date: 1/17/14                           /s/ LaKeysia R. Beene
                                                                  (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

February 5, 2014                        /s/ Kendall J. Newman
                                                                              Judge

Pear1751.sub