UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAWAUNE GREGORY PEARSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DR. GOLUBYATNIKOV,<br><br>　　　　Defendant. | No. 2: 12-cv-1751 KJN P<br><br><br>ORDER |

　　　　Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983.  On November 10, 2014, the undersigned granted defendants' summary judgment motion (ECF No. 96) and judgment was entered (ECF No. 97).

　　　　On December 1, 2014, plaintiff filed a motion for clarification.  (ECF No. 98.)  In this motion, plaintiff requests that the court clarify whether judgment was entered for both he and defendant, whether all exhibits were reviewed and whether a trial will be held.

　　　　The order granting defendant's summary judgment motion discusses the exhibits considered by the undersigned in evaluating defendant's motion.  After the undersigned granted defendant's summary judgment motion, the Clerk of the Court entered judgment.  Because judgment has been entered, and the case closed, no jury trial will be held.

////

////

1

1     Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for clarification (ECF
2 No. 98) is deemed resolved.
3 Dated: December 10, 2014

5 Pear1751.ord     KENDALL J. NEWMAN
    UNITED STATES MAGISTRATE JUDGE